### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NEXXT, INC.** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **HEATHER RANNEY** | : | NO. 22-2597 |

### ORDER

**NOW**, this 8th day of August, 2022, upon consideration of Plaintiff's Emergency Motion to Remand & For Attorneys' Fees, the defendant's response, and the plaintiff's reply, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is remanded to the state court from which it was removed.

/s/ TIMOTHY J. SAVAGE J.